UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Lenworth Smith,

                Plaintiff(s),

  -v-

JP Morgan Chase Bank,

                Defendant(s).
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09 AUG 2010
```

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

10 Civ. 1773 (LTS)(AJP)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**_X_** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

    _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement* (Principals to participate as required by Magistrate Judge)

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: _____

    All such motions: ___

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
                August 9, 2010

                                              LAURA TAYLOR SWAIN
                                              United States District Judge