LAW OFFICES OF
# FREDERICK K. BREWINGTON

*ATTORNEYS AND COUNSELORS AT LAW*

556 PENINSULA BOULEVARD

HEMPSTEAD, N.Y. 11550-4282

TELEPHONE: (516) 489-6959
FACSIMILE: (516) 489-6958

FREDERICK K. BREWINGTON

IRA FOGELGAREN

GREGORY CALLISTE, JR.
VALERIE M. CARTRIGHT
G. WILLIAM GERMANO, JR.
MARJORIE MESIDOR

October 8, 2010

**MEMO ENDORSED** 10/8/10

APPROVED.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

*By ECF*

CM/ECF, AJP Counsel

Jay Sandak (?)

**VIA FACSIMILE**
The Honorable Andrew J. Peck
United States Courthouse
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>Smith-Toussaint v. JPMorgan Chase, et al.</u>
    10-CV-01773 (LTS) (AJP)

Dear Magistrate Peck:

This office represents Plaintiffs, Lenworth Smith and Yves Toussaint, in the above referenced matter. In accordance with Your Honor's directives, this letter is being respectfully proffered by Plaintiffs to advise the Court regarding Plaintiff's position on consolidating the pending state court actions under <u>Camulaire and Smith v. Chase, et al</u>, Index Number 115454/2005 and <u>Toussaint v. Chase, et al.</u>, Index Number 112511/2006 with the instant action.

On or about September 29, 2010, Plaintiffs made, and the Court granted, an application for an extension of time to notify the court of their decision by today. Plaintiffs' attorneys for both the federal and state matters have had great difficulty in coordinating their schedules until yesterday evening. A meeting has been scheduled for Wednesday, October 13, 2010 to resolve the matter. As such, we respectfully request an extension of time until October 15, 2010 to fully examine the issue.

We thank the Court for its consideration of our request.

Respectfully Submitted,

MARJORIE MESIDOR

cc: Robert Whitman, Esq. (via facsimile)
    Michael Jannuzzi, Esq. (via First Class Mail)

**RECEIVED**
OCT 08 2010
CHAMBERS OF
ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _____