*LAW OFFICE OF*
# MICHAEL JUDE JANNUZZI
775 PARK AVENUE
SUITE 205
HUNTINGTON, NEW YORK 11743

(631) 385-8182

NEW YORK ADDRESS:
74 TRINITY PLACE
SUITE 1800
NEW YORK, NEW YORK 10006

January 20, 2011

Magistrate Judge Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street, Room 1370
New York, New York 10007-1312

      Re: <u>Lenworth Smith & Yves Toussaint, Plaintiffs v. J.P. Morgan Chase, et al, Defendants</u>
          <u>Docket Number 10-CV-01773 (LTS) (AJP)</u>

Dear Judge Peck:

    I have been asked by Mr. Smith and Ms. Toussaint to assume representation of the above matter.

    I have called to discuss this matter with Mr. Brewington and his associate, Ms. Mesidor but have not been able to reach them as of this date.

    I would like to discuss with Mr. Brewington the orderly transfer of the file before I accept representation.

    I have also been asked by Mr. Smith and Ms. Toussaint to express to the Court that while they strongly dispute the factual basis set forth by their present counsel in making the motion to withdraw from representation, they would consent to Mr. Brewington's office being removed as counsel of record.

    I would ask that the Court allow me a short time to discuss the transfer of the file and would request a week to report back to the Court with respect to accepting representation.

Thanking the Court for its consideration, I am;

                                      Very truly yours,

                                      Michael Jude Jannuzzi (6413)

cc:    Law Office of Frederick Brewington
        Robert S. Whitman, Esq.- Seyfarth Shaw LLP